IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DUSTIN BALLARD,** | : | |
| Petitioner | : | No. 1:23-cv-00758 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **MELISSA HAINSWORTH, et al.,** | : | |
| Respondents | : | |

## ORDER

**AND NOW**, on this 23rd day of May, 2023, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITH PREJUDICE** as procedurally defaulted;

2. A certificate of appealability **SHALL NOT ISSUE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
